**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA and CONSUMER FINANCIAL PROTECTION BUREAU | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No.: 2:21-cv-2664 |
| v. | ) ) ) | |
| TRUSTMARK NATIONAL BANK, | ) ) | |
| Defendant. | ) ) ) | |

## JOINT MOTION FOR APPROVAL AND ENTRY OF PROPOSED CONSENT ORDER AND MEMORANDUM IN SUPPORT

Plaintiffs United States of America and Consumer Financial Protection Bureau and Defendant Trustmark National Bank (the "Parties") have agreed upon and jointly move this Court to approve and enter the attached Consent Order as the judgment of the Court.  The Parties hereby agree and stipulate to the Court's entry of this Consent Order in resolution of this litigation.  In support of their joint motion, the Parties state as follows:

1.       Plaintiffs filed a Complaint alleging that Defendant Trustmark National Bank engaged in a pattern or practice of unlawful redlining in violation of the Fair Housing Act ("FHA"), 42 U.S.C. §§ 3601–3619, the Equal Credit Opportunity Act ("ECOA"), 15 U.S.C. §§ 1691–1691f, Regulation B, 12 C.F.R. § 1002.1 *et seq.*, and the Consumer Financial Protection Act ("CFPA"), 12 U.S.C. § 5536(a)(1)(A), by discriminating on the basis of race, color, and national origin.

2.       The Parties have resolved the claims alleged in the Complaint and seek entry of the proposed Consent Order.

3.       The Court has jurisdiction over the parties and subject matter of this action.  There have been no factual findings or adjudication in this case.

4.      The Parties agreed to the terms in the proposed Consent Order to voluntarily resolve all claims arising from the conduct alleged in the Complaint.

5.      Entry of this Consent Order is in the public interest.

6.      The Parties have engaged in discussions, including telephone and email communications on October 15, 2021.  Undersigned counsel for all Parties confirm they are in agreement as to the relief sought herein.

7.      Accordingly, the Parties respectfully request that this Court approve and enter the proposed Consent Order.


Dated: October 22, 2021                              Respectfully submitted,


**For the United States of America:**

| | |
|---|---|
| JOSEPH C. MURPHY, JR.<br>Acting United States Attorney<br>Western District of Tennessee | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division |
| | SAMEENA SHINA MAJEED<br>Chief |
| | JON M. SEWARD<br>Principal Deputy Chief |
| */s/ Eileen Kuo*<br>EILEEN KUO (TN Bar No. 027365)<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Tennessee<br>167 North Main Street, Suite 800<br>Memphis, TN 38103<br>Phone: (901) 544-4231<br>Fax: (901) 544-4230<br>Eileen.Kuo@usdoj.gov | */s/ Marta Campos*<br>*/s/ Samantha Ondrade*<br>MARTA CAMPOS (pro hac vice application pending)<br>SAMANTHA ONDRADE (pro hac vice application pending)<br>Trial Attorneys<br>Housing & Civil Enforcement Section<br>950 Pennsylvania Ave. NW – 4CON<br>Washington, DC 20530<br>Phone: (202) 514-4713<br>Fax: (202) 514-1116<br>Marta.Campos@usdoj.gov<br>Samantha.Ondrade@usdoj.gov |

**For the Consumer Financial Protection Bureau:**

CARA PETERSEN
Acting Enforcement Director

DAVID RUBENSTEIN
Deputy Enforcement Director

CYNTHIA GOOEN LESSER
Assistant Deputy Enforcement Director

*/s/ Jonathan Reischl*
JONATHAN REISCHL (pro hac vice
application pending)
JEFFREY BLUMBERG (pro hac vice
application pending)
NICHOLAS LEE (pro hac vice application
pending)
BENJAMIN HAZELKORN (pro hac vice
application pending)
*Enforcement Attorneys*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Phone: (202) 435-9202
jonathan.reischl@cfpb.gov
jeffrey.blumberg@cfpb.gov
nicholas.lee@cfpb.gov
benjamin.hazelkorn@cfpb.gov

**For Trustmark National Bank:**

*/s/ Andrea K. Mitchell*
ANDREA K. MITCHELL (pro hac vice application pending)
Managing Partner

CHRISTOPHER T. NAPIER (pro hac vice application pending)
Partner

Mitchell Sandler LLC
1120 20th Street, NW
Suite 725
Washington, DC 20036
Telephone: (202) 886-5261
amitchell@mitchellsandler.com
cnapier@mitchellsandler.com

**Certificate of Service**

I, Eileen Kuo, certify that a copy of the foregoing has been served on all parties via the Court's ECF system.

This 22nd day of October, 2021.

/s/ Eileen Kuo
Assistant United States Attorney