UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>      Plaintiffs,<br><br>v.<br><br>TRUSTMARK NATIONAL BANK,<br><br>      Defendant. | Civil Action No.: 2:21-cv-2664-SHM/atc |

**ORDER TERMINATING CONSENT ORDER AND DISMISSING WITH PREJUDICE**

Before the Court is Plaintiffs' May 20, 2025 unopposed Motion to Terminate Consent Order and Dismiss With Prejudice (D.E. 28).  For good cause shown, the Consent Order dated October 27, 2021 is vacated and the case is dismissed WITH PREJUDICE.

SO ORDERED this 21st day of May, 2025.

                                                  */s/ Samuel H. Mays, Jr.*
                                                  SAMUEL H. MAYS, JR.
                                                  UNITED STATES DISTRICT JUDGE